Exhibit A

## **§ 362 INFORMATION SHEET**

| | | |
|---|---|---|
| Issaq and Svita Feda<br>**DEBTORS** | 09-20005-lbr<br>Case No: | **MOTION #:** |
| Washington Mutual Bank<br>**MOVANT** | CHAPTER: 7 | |

---

**Certification of Attempt to Resolve the Matter Without Court Action:**

Moving counsel hereby certifies that pursuant to the requirements of LR 4001(a)(3), an attempt has been made to resolve the matter without court action, but movant has been unable to do so.

Date: August 10, 2009                   Signature: /s/ *Cindy Lee Stock*
                                                          Attorney for Movant

---

PROPERTY INVOLVED IN THIS MOTION: 4016 Featherstone Lane, Las Vegas, NV 89129

NOTICE SERVED ON: Debtors   X   ; Debtors' Counsel   X   ; Trustee   X   ;

DATE OF SERVICE: August 10, 2009

---

**MOVING PARTY'S CONTENTIONS:**
The EXTENT and PRIORITY of LIENS:

1st $412,448.00
2nd $117,468.29
3rd $83,384.00
4th
Other: Cost of Sale $20,200.00
Total Encumbrances: $633,500.29

APPRAISAL of OPINION as to VALUE:

$252,500.00 per Debtors' Schedules

---

**DEBTORS' CONTENTIONS:**
The EXTENT and PRIORITY of LIENS:

1st
2nd
3rd
4th
Other:
Total Encumbrances:

APPRAISAL of OPINION as to VALUE:

---

**TERMS of MOVANT'S CONTRACT with the DEBTORS**

Amount of Note: $104,000.00
Interest Rate: 12.150%
Duration: 30 years
Payment per Month: $1,081.79
Date of Default: August 1, 2008
Amount in Arrears: $14,766.44
Date of Notice of Default: N/A
SPECIAL CIRCUMSTANCES:
SUBMITTED BY: Cindy Lee Stock

SIGNATURE: /s/ *Cindy Lee Stock*

---

**DEBTOR'S OFFER of "ADEQUATE PROTECTION" for MOVANT:**

SPECIAL CIRCUMSTANCES:

SUBMITTED BY:
SIGNATURE:

---

"EXHIBIT A"

Exhibit 1

B6A (Official Form 6A) (12/07)

In re    **Issaq Feda,**
       **Svita Y Feda**            Case No. __09-20005__
_____,
                         Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| Single Family Home<br>4016 Featherstone Lane<br>Las Vegas NV 89129<br>to be surrendered | | J | 252,500.00 | 598,980.00 |

|  |  |  |
|---|---|---|
| Sub-Total > | 252,500.00 | (Total of this page) |
| Total > | 252,500.00 | |

__0__ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re  Issaq Feda,
       Svita Y Feda
                                                                                          Case No. __09-20005__
_____,
                        Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.
   List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.
   If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".
   If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)
   Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.
☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. 68189001786099<br><br>Bank Of America<br>4161 Piedmont Pkwy<br>Greensboro, NC 27410 | - | | Opened 10/01/07  Last Active 10/16/08<br>Third Mortgage to be avoided<br>Single Family Home<br>4016 Featherstone Lane<br>Las Vegas NV 89129<br>to be surrendered | | | X | | |
| | | | Value $               252,500.00 | | | | 83,384.00 | 83,384.00 |
| Account No. 6930325351245<br><br>Homeq<br>Attn: Bankruptcy Department<br>1100 Corporate Center<br>Raleigh, NC 27607 | - | | Opened 4/01/06  Last Active 7/30/08<br>First Mortgage<br>Single Family Home<br>4016 Featherstone Lane<br>Las Vegas NV 89129<br>to be surrendered | | | | | |
| | | | Value $               252,500.00 | | | | 412,448.00 | 159,948.00 |
| Account No. 1560755659422<br><br>Washington Mutual Mortgage<br>Attention: Bankruptcy Dept. JAXA 2035<br>7255 Bay Meadows Way<br>Jacksonville, FL 32256 | - | | Opened 4/01/06  Last Active 7/10/08<br>Second Mortgage to be avoided<br>Single Family Home<br>4016 Featherstone Lane<br>Las Vegas NV 89129<br>to be surrendered | | | X | | |
| | | | Value $               252,500.00 | | | | 103,148.00 | 103,148.00 |
| Account No. 518880699660<br><br>Wfs Financial/Wachovia Dealer Services<br>2143 Convention Center Way #200<br>Ontario, CA 91764 | - | | Opened 5/01/06  Last Active 1/23/09<br>Greater than 910<br>2000 Mercedes Benz S400 (approx. 86K)<br>to be surrendered | | | | | |
| | | | Value $                12,515.00 | | | | 20,063.00 | 7,548.00 |
| __0__ continuation sheets attached | | | Subtotal<br>(Total of this page) | | | | 619,043.00 | 354,028.00 |
| | | | Total<br>(Report on Summary of Schedules) | | | | 619,043.00 | 354,028.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                                                  Best Case Bankruptcy

Exhibit 2

**EXHIBIT "2"**

1. The total indebtedness due and owing under the Note and Deed of Trust as of the date set forth below, exclusive of attorney fees, other miscellaneous costs and interest that continues to accrue is as follows:

| | | |
|---|---|---:|
| Principal Balance | $ | 103,148.59 |
| Interest as of August 2009 | $ | 13,679.95 |
| Late Charges | $ | 540.90 |
| Total Fees | $ | 98.85 |
| **TOTAL** | $ | 117,468.29 |

Attorney fees and cost plus other miscellaneous costs, if any, must be added to this figure.

2. An additional payment of $1,081.79 will come due on the first day of September and the first day of each month thereafter. If payment is not received by the fifteenth of the month a late charge of $54.09 will be charged to the loan.

Exhibit 3

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## District of Nevada

In re  Issaq Feda
       Svita Y Feda
                                    Debtor(s)

Case No.   09-20005
Chapter    7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** - Debts secured by property of the estate. (Part A must be fully completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>Bank Of America | **Describe Property Securing Debt:**<br>Single Family Home<br>4016 Featherstone Lane<br>Las Vegas NV 89129<br>to be surrendered |

Property will be (check one):
■ Surrendered          ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt          ■ Not claimed as exempt

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>Homeq | **Describe Property Securing Debt:**<br>Single Family Home<br>4016 Featherstone Lane<br>Las Vegas NV 89129<br>to be surrendered |

Property will be (check one):
■ Surrendered          ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt          ■ Not claimed as exempt

B8 (Form 8) (12/08)          Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>Washington Mutual Mortgage | **Describe Property Securing Debt:**<br>Single Family Home<br>4016 Featherstone Lane<br>Las Vegas NV 89129<br>to be surrendered |

Property will be (check one):
    ■ Surrendered                ☐ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ☐ Reaffirm the debt
    ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ☐ Claimed as Exempt             ■ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>Wfs Financial/Wachovia Dealer Services | **Describe Property Securing Debt:**<br>2000 Mercedes Benz S400 (approx. 86K)<br>to be surrendered |

Property will be (check one):
    ■ Surrendered                ☐ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ☐ Reaffirm the debt
    ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ☐ Claimed as Exempt             ■ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>-NONE- | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES      ☐ NO |

B8 (Form 8) (12/08)

Page 3

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date __July 21, 2009__          Signature  __/s/ Issaq Feda__
                                            **Issaq Feda**
                                            Debtor

Date __July 21, 2009__          Signature  __/s/ Svita Y Feda__
                                            **Svita Y Feda**
                                            Joint Debtor